# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2144

_____

R. S. McCullough; Darrell F.           *
Brown, Sr.,                            *
                                       *
              Appellants,              *
                                       *
       v.                              *
                                       *
Stark Ligon, in his capacity of        *
Executive Director of Arkansas         *
Committee on Professional Conduct;     *   Appeal from the United States
J. Michael Cogbill, in his capacity as *   District Court for the
Chairman of APCC Panel; State of       *   Eastern District of Arkansas.
Arkansas; Tom Glaze, in his official   *
capacity as Justice of the Arkansas    *   [UNPUBLISHED]
Supreme Court; Robert Brown, in his    *
official capacity as Justice of the    *
Arkansas Supreme Court,                *
                                       *
              Defendants - Appellees,   *
                                       *
Betty Dickey, in her official capacity *
as Justice of the Arkansas Supreme     *
Court,                                 *
                                       *
              Defendant,               *
                                       *
James Hannah, in his official capacity *
as Justice of the Arkansas Supreme     *
Court; Annabelle Clinton Imber, in her *
official capacity as Justice of the    *
Arkansas Supreme Court; Donald         *
Corbin, in his official capacity as    *

Justice of the Arkansas Supreme Court; *
Jim Gunter, in his official capacity as *
Justice of the Arkansas Supreme Court; *
Paul E. Danielson, in official capacity *
as Justice of the Arkansas Supreme *
Court, *
*
         Defendants - Appellees. *

_____

Submitted: November 29, 2010
Filed: February 15, 2011
_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.
_____

PER CURIAM.

R. S. McCullough and Darrell Brown, Sr., appeal the district court's[1] order dismissing without prejudice, their civil rights action, for lack of service and failure to prosecute. Upon reviewing for abuse of discretion, *see Boyle v. Am. Auto Serv., Inc.*, 571 F.3d 734, 742 (8th Cir. 2009) (Fed. R. Civ. P. 41(b) dismissal); *Moore v. Jackson*, 123 F.3d 1082, 1085 (8th Cir. 1997) (per curiam) (Fed. R. Civ. P. 4(m) dismissal), this court finds none and affirms. *See* 8th Cir. R. 47B.

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, sitting by designation in the Eastern District of Arkansas.